# United States Court of Appeals
## For the First Circuit

**DOCKETING STATEMENT**

**No.** 26-2038 **Short Title:** California, et al v. Trump, et al

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
1. Date of entry of judgment or order appealed from 07/13/2026
2. Date this notice of appeal filed 9/9/2026
   If cross appeal, date first notice of appeal filed N/A
3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
4. Date of entry of order deciding above post-judgment motion N/A
5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
   Time extended to N/A

B. Finality of Order or Judgment
1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes ☐ No
2. If no,
   a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☐ No
      If yes, explain
   b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes ☐ No
      If yes, explain

C. Has this case previously been appealed? ☑ Yes ☐ No
   If yes, give the case name, docket number and disposition of each prior appeal
   California v. Trump, No. 25-1726, pending

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☐ Yes ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party See attached
Attorney
Address
Telephone

2. Adverse party
Attorney
Address
Telephone

3. Adverse party
Attorney
Address
Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name See attached
Address
Telephone

Attorney's name
Firm
Address
Telephone

2. Appellant's name
Address
Telephone

Attorney's name
Firm
Address
Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ Laura E. Myron
Date 09.22.2026

Docketing Statement, Additional Pages

California v. Trump

No. 26-2038

Section F – Adverse Parties and Attorneys

1. State of California

Anne P. Bellows (415-703-5843)
Lisa Catherine Ehrlich (415-510-3489)
Ian Fein (415-510-3466)
Nicholas R. Green (415-510-3597)
California Attorney General's Office
455 Golden Gate Ave, Ste 11000
San Francisco, CA 94102

Malcolm Andreas Brudigam (916-210-7873)
Michael Surren Cohen (916-210-6046)
Kevin Lee Quade (916-210-7693)
California Attorney General's Office
16th Floor
1300 I St
Sacramento, CA 95814

2. State of Nevada

Kiel Ireland (702-486-3420)
Craig A. Newby (702-486-9246)
Heidi Parry Stein (702-486-3768)
Nevada Attorney General's Office
1 State of Nevada Way, Ste 100
Las Vegas, NV 89119

3. Commonwealth of Massachusetts

Vanessa Arslanian (617-963-2107)
Phoebe Fischer-Groban (857-257-3381)
Michael Patrick Moore, Jr. (617-963-7491)
Anne L. Sterman (617-727-2200)
Massachusetts Attorney General's Office
1 Ashburton Place, 20th Floor
Boston, MA 02108

4. State of Arizona

Karen J. Hartman-Tellez (602-542-8326)
Kara M. Karlson (602-542-4385)
Joshua M. Whitaker (602-542-7738)
Arizona Attorney General's Office
2005 Central Ave
Phoenix, AZ 85004

5. State of Colorado

Shannon Wells Stevenson (720-508-6030)
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

6. State of Connecticut

Maura Bridget Murphy (860-808-5020)
Office of the Attorney General
165 Capitol Ave, Ste 5000
Hartford, CT 06106

7. State of Delaware

Maryanne Donaghy (302-683-8843)
Delaware Department of Justice
820 N French St
Wilmington, DE 19801

8. State of Hawaii

Kalikoonalani Diara Fernandes (808-586-1360)
Department of the Attorney General
425 Queen St
Honolulu, HI 96813

9. State of Illinois

Alex Hemmer (312-814-5526)
Illinois Attorney General's Office
115 S LaSalle St, 23rd Floor
Chicago, IL 60603

10. <u>State of Maine</u>

Jonathan Richard Bolton (207-751-0838)
Maine Attorney General's Office
6 State House Station
Augusta, ME 04333

11. <u>State of Maryland</u>

Adam D. Kirschner (410-576-6424)
David Michael Kobrin (410-576-6472)
Maryland Office of the Attorney General
200 St Paul Pl 20th Floor
Baltimore, MD 21202

12. <u>State of Michigan</u>

Neil Giovanatti (517-335-7603)
Michigan Department of Attorney General
525 W Ottawa St P.O. Box 30212
Lansing, MI 48909

13. <u>State of Minnesota</u>

Angela Behrens (651-757-1204)
Minnesota Attorney General's Office
445 Minnesota St Ste 600
St. Paul, MN 55101

14. <u>State of New Jersey</u>

Jonathan B. Mangel (609-696-5216)
Meghan Musso (609-696-5276)
New Jersey Attorney General's Office
124 Halsey St 5th Fl, P.O. Box 45029
Newark, NJ 07101\

15. <u>State of New Mexico</u>

Bailey Colfax (505-290-4883)
Mark Noferi (505-670-2891)
Office of the Attorney General
408 Galisteo St
Santa Fe, NM 87501

James Grayson (505-490-4060)
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504

16. State of New York

Colleen K. Faherty (212-416-6009)
NYS Office of the Attorney General
28 Liberty St
New York, NY 10005

17. State of Rhode Island

James J. Arguin (401-274-4400)
Rhode Island Attorney General's Office
150 S. Main St
Providence, RI 02902

18. State of Vermont

Ryan P. Kane (802-828-2153)
Vermont Attorney General's Office
109 State St
Montpelier, VT 05609

19. State of Wisconsin

Joshua L. Kaul (608-267-2779)
Wisconsin Department of Justice
17 W Main St P.O. Box 7857
Madison, WI 53707

Section G – Appellants and Counsel

Appellants

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; TODD BLANCHE, in the official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission; PETER HEGSETH, in the official capacity as Secretary of Defense

Counsel

Laura E. Myron (202-514-4819)
U.S. Department of Justice
950 Pennsylvania Ave NW, Room 7228
Washington, DC 20530

Christian Dibblee
Winston Shi
U.S. Department of Justice
1100 L St NW
Washington, DC 20530

Abraham R. George
Donald Campbell Lockhart
Nicole Marie O’Connor
U.S. Attorney’s Office
1 Courthouse Way, Ste 9200
Boston, MA 02210

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2026, I caused the foregoing Docketing Statement to be filed with the Court through the electronic filing system. Counsel for the appellees are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Laura E. Myron*
LAURA E. MYRON
*Counsel for Appellants*